UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RODNEY PATRICK GROGAN, JR.,

    Defendant.
_____/

HON. ROBERT HOLMES BELL

Case No. 2:12-cr-15

## ORDER OF DETENTION PENDING TRIAL

### Part I - Findings of Fact

The defendant, in open court, and with the advice of counsel, consented to detention, reserving the right to have a detention hearing at a later time.

### Part II - Statement of the Reasons for Detention

Based upon the consent of the defendant, detention is ordered. The defendant may request a detention hearing at a later date.

### Part III - Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of the court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Date: May 23, 2012

   /s/ Timothy P. Greeley
TIMOTHY P. GREELEY
United States Magistrate Judge